```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION


KENNETH W. CLAY,                      *

        Plaintiff                     *

vs.                                   *
                                            CASE NO. 4:07-CV-63 (CDL)
KIM WATER, Commissary Accountant,     *

        Defendant                     *

                                      *
```

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 21, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 24th day of August, 2007.


                                    S/Clay D. Land
                                      CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE